UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Willie Benjamin Franklin, <br> DEBTOR/MOVANT. | CHAPTER:13 <br> CASE NO: 04-42855MGD <br> JUDGE DIEHL |
| vs | |
| Internal Revenue Service, <br> RESPONDENT. | |

**OBJECTION TO PROOF OF CLAIM (#1, and 2)**

The Debtor show as follows:

1. Respondent has filed a proof of claim (#1 and 2) in this case in the amount of $124,008.50 listing its status as that of a secured creditor. Claim #2 appears to be a duplicate of Claim #1. The unsecured priority claim is in the amount of $51,739.87 and unsecured claim in the amount of $ 21,873.65.

2. Debtor's documents show the amount filed by the Internal Revenue Service exceeds the amount in fact owed.

WHEREFORE, Debtor objects to Respondent's proof of claim #1 of $124,008.50 and asks that it be allowed in the amount of $53,381.00. Debtor further objects to claim #2 and asks that it not be funded, since it is a duplicate of Claim #1.

October 26, 2004


_/s/_____
JAMES R.MCKAY, ATTORNEY FOR DEBTOR
STATE BAR NO.:494205
P.O. BOX 6063
ROME, GA 30161
(706) 295-1300

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| Willie Benjamin Franklin, | CHAPTER:13 |
| DEBTOR/MOVANT. | CASE NO: 04-42855-MGD |
| | JUDGE DIEHL |
| vs | |
| Internal Revenue Service, | |
| RESPONDENT. | |

## NOTICE OF HEARING

      PLEASE TAKE NOTICE that Objectors have filed a OBJECTION TO PROOF OF CLAIM (#1 and 2) and related papers with the Court.

      PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the OBJECTION TO PROOF OF CLAIM (#1 and 2) in Courtroom 326, United States Courthouse, 600 East First Street, Rome, Georgia, at *10:00 AM on December 1, 2004.*

      Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file
a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 26, 2004

                                                      __/s/_____
                                                      James R. McKay, Attorney for Debtor
                                                      State Bar No. 494205
                                                      P.O. Box 6063
                                                      Rome, GA 30162
                                                      706-295-1300

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Willie Benjamin Franklin, <br> DEBTOR/MOVANT. | CHAPTER:13 <br> CASE NO: 04-42855-MGD <br> JUDGE DIEHL |
| vs | |
| Internal Revenue Service, <br> RESPONDENT. | |

**CERTIFICATE OF SERVICE**

      This is to Certify that I have this day served a copy of the Objection to Proof of Claim (#1 and 2) and Notice of Hearing on Objection to Proof of Claim on the following by U.S. Mail, in a properly stamped and addressed envelope.

| | |
|---|---|
| Chapter 13 Trustee <br> Suite 300 <br> Equitable Building <br> 100 Peachtree Street <br> Atlanta, GA 30303-1901 | Internal Revenue Service <br> Insolvency <br> Room 400-Stop 334D <br> 401 West Peachtree St., NW <br> Atlanta, GA 30308 |

U.S. Attorney
1800 Richard Russell Bldg.
75 Spring St., SW
Atlanta, GA 30303

U.S. Attorney General
Main Justice Bldg.
10th and Constitution Ave., NW
Washington, DC 20530

Steven Shapiro, Chief, Tax Division
Civil Trial Section, Dept. Of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

Willie Benjamin Franklin
136 Baker Circle
Calhoun, GA 30701

October 26, 2004

_/s/_____
JAMES R. MCKAY, ATTORNEY FOR DEBTOR
State Bar No. 494205
P.O. Box 6063
Rome, GA 30162
706-295-1300