IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: WILLIE BENJAMIN FRANKLIN                          CASE No.
       136 BAKER CIRCLE
       CALHOUN, GA                                       R04-42855-G
                    30701-0000

                    FINAL REPORT AND ACCOUNT

This Case was            The Plan was              The Case was
commenced on  07/30/04   confirmed on 00/00/00     concluded on 12/01/04

THIS CASE IS DISMISSED PRIOR TO CONFIRMATION.
     Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records are incorporated by reference in this report.

DIVIDEND TO UNSECURED CREDITORS ... 100.00 %

RECEIPTS: Amount paid to the Trustee by or for the Debtor  for  the  benefit  of
          creditors.                                        $  4,165.00

--------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS      CLAIM       PAID BY        PAID           PLAN
CREDITOR'S NAME                 AMOUNT      TRUSTEE        DIRECT        BALANCE
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  S    1,101.00        .00            .00       1,101.00
INTERNAL REVENUE SERVICE  P   51,739.87        .00            .00      51,739.87
INTERNAL REVENUE SERVICE  U   71,167.63        .00            .00      71,167.63
NCO FINANCIAL SYSTEMS, IN U      105.00        .00            .00         105.00
NCO FINANCIAL SYSTEMS, IN U      115.00        .00            .00         115.00
WILLIE BEN FRANKLIN                         3,426.60

SUMMARY OF CLAIMS ALLOWED AND PAID
--------------------------------------------------------------------------------
          SECURED   PRIORITY   GENERAL          DEB REF   TOTAL
-----------------------------------------------------------------------TOTAL PAID
AMT. ALLOW  1101.00  51739.87  71387.63         3426.60 127655.10  PLUS
PRIN. PAID      .00       .00       .00         3426.60  3,426.60DIRECT PAY
INT. PAID       .00       .00       .00                       .00
DIRECT PAY      .00       .00       .00                       .00   3426.60
--------------------------------------------------------------------------------
OTHER DISBURSEMENTS UNDER ORDER OF COURT:
          DEBTOR'S ATTORNEY            FEE ALLOWED    FEE PAID
FULLER & MCKAY, ATTYS.                   2,300.00       700.00
--------------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

    FILING          NOTICING        TRUSTEE
    EXPENSE         EXPENSE         EXPENSE         TOTAL
    ---------       ---------       ---------       ---------
        .00             .00           38.40           38.40


                    PAGE  1 - CONTINUED ON NEXT PAGE

WHEREFORE, your Trustee shows this Court that the estate has been properly and fully administered in accordance with the requirements  of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

                                            /s
                                    MARY IDA TOWNSON, TRUSTEE
Date: 04/13/05                      State Bar No. 715063